UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roy DeBolt,                                                         Civil 11-1434 MJD/FLN

      Petitioner,

v.                                                                          O R D E R

United States of America,

      Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 14, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. Section 2241 [#1] is summarily DENIED; and

2. This action is summarily DISMISSED for lack of jurisdiction.

DATED: July 15, 2011.          s/Michael J. Davis
at Minneapolis, Minnesota    CHIEF JUDGE MICHAEL J. DAVIS
                                       United States District Court